IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD D. PARKELL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 10-412-LPS |
| CARL DANBERG, ET AL., | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this 20th day of **February, 2018**,

Having received letters from counsel regarding the status of this case (D.I. 284 and D.I. 288), and Plaintiff having no opposition to dismissal of this case,

IT IS HEREBY ORDERED that Plaintiff's amended complaint is DISMISSED and the Clerk of Court is directed to CLOSE this case.

_____
UNITED STATES DISTRICT JUDGE